EXHIBIT 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Arkady Itkin (SBN 253194)<br>Law Office of A. Itkin, 57 Post Street, Suite 812, San Francisco, CA 94104<br>TELEPHONE NO.: 415-640-6765   FAX NO. *(Optional)*: 415-508-3474<br>E-MAIL ADDRESS: arkady@arkadvlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff Kalra | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Francisco<br>**07/05/2022**<br>**Clerk of the Court**<br>BY: LAURA SIMMONS<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| CASE NAME: Kalra v Sephora USA, Inc. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited     [ ] Limited<br>(Amount demanded exceeds $25,000)     (Amount demanded is $25,000 or less) | [ ] Counter     [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **CGC-22-600528**<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   - [ ] Auto (22)
   - [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   - [ ] Asbestos (04)
   - [ ] Product liability (24)
   - [ ] Medical malpractice (45)
   - [ ] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   - [ ] Business tort/unfair business practice (07)
   - [ ] Civil rights (08)
   - [ ] Defamation (13)
   - [ ] Fraud (16)
   - [ ] Intellectual property (19)
   - [ ] Professional negligence (25)
   - [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   - [x] Wrongful termination (36)
   - [ ] Other employment (15)

   **Contract**
   - [ ] Breach of contract/warranty (06)
   - [ ] Rule 3.740 collections (09)
   - [ ] Other collections (09)
   - [ ] Insurance coverage (18)
   - [ ] Other contract (37)

   **Real Property**
   - [ ] Eminent domain/Inverse condemnation (14)
   - [ ] Wrongful eviction (33)
   - [ ] Other real property (26)

   **Unlawful Detainer**
   - [ ] Commercial (31)
   - [ ] Residential (32)
   - [ ] Drugs (38)

   **Judicial Review**
   - [ ] Asset forfeiture (05)
   - [ ] Petition re: arbitration award (11)
   - [ ] Writ of mandate (02)
   - [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   - [ ] Antitrust/Trade regulation (03)
   - [ ] Construction defect (10)
   - [ ] Mass tort (40)
   - [ ] Securities litigation (28)
   - [ ] Environmental/Toxic tort (30)
   - [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   - [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   - [ ] RICO (27)
   - [ ] Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   - [ ] Partnership and corporate governance (21)
   - [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify)*: 2
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 4, 2022

Arkady Itkin
(TYPE OR PRINT NAME)     ▶ *(signature)* (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

Arkady Itkin (SBN 253194)
Law Office of A. Itkin
57 Post Street, Suite 812
San Francisco, CA 94104
Telephone: (415) 640-6765
Fax: (415) 508-3474
arkady@arkadylaw.com

Attorney for Plaintiff,
ASHNA KALRA

ELECTRONICALLY
**F I L E D**
Superior Court of California,
County of San Francisco

**07/05/2022**
Clerk of the Court
BY: LAURA SIMMONS
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED CIVIL JURISDICTION

CGC-22-600528

| | |
|---|---|
| ASHNA KALRA, | CASE NO.: |
| Plaintiff, | COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL AND INJUNCTIVE RELIEF |
| vs. | |
| SEPHORA USA, INC., AND DOES 1 TO 50, | 1. FAILURE TO PROVIDE REASONABLE RELIGIOUS ACCOMMODATIONS AND TERMINATION IN VIOLATION OF FEHA |
| Defendants | 2. VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 FOR FAILURE TO ACCOMMODATE ON THE BASIS OF RELIGION |

COMES NOW PLAINTIFF ASHNA KALRA and complains and alleges as follows:

### NATURE OF THE ACTION

1. This is an individual action brought by an employee against her former employer Sephora USA, Inc. Plaintiff Ashna Kalra (hereinafter "Plaintiff") alleges violations of the Fair Employment and Housing Act (hereinafter "FEHA") and violations of Title VII, based upon the

-1-
Complaint for Damages and Demand of Jury Trial;

1  Defendants' failure to accommodate her religion by refusing to grant her exemption from the Covid-19 vaccination requirement and terminating her employment as a result.

## PARTIES

2. Plaintiff is and at all material times alleged herein, was a resident of County of San Francisco.

3. At all material times alleged herein, Plaintiff was employed by Defendant Sephora USA, Inc., a Michigan corporation that had and has business presence and operates in San Francisco, California.

4. In addition to the Defendant named above, Plaintiff sues fictitiously Defendants DOES 1 through 50, pursuant to Code of Civil Procedure §474, because their names, capacities, status, or facts showing them to liable are not presently known. Plaintiff will amend this complaint to show their true names and capacities, together with appropriate charging language, when such information has been ascertained.

## JURISDICTION AND VENUE

5. The acts of Defendants that form the basis for the causes of action in this complaint occurred in the County of San Francisco. Therefore, the San Francisco venue is proper.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff timely obtained a Right to Sue letter from the Department of Fair Employment and Housing (hereinafter "DFEH"), a true and correct copy of which is attached hereto as Exhibit A.

## FACTUAL ALLEGATIONS

7. Plaintiff started working for the Defendants around October 26, 2020 as Marketing Operations Manager. Plaintiff was working remotely throughout the entire time of her employment with the Defendants.

8. Around October 13, 2021, Plaintiff submitted her first request for religious accommodation to be exempt from the requirement to get a Covid-19 vaccination. On November 2,

-2-
Complaint for Damages and Demand of Jury Trial;

2021, Plaintiff submitted a follow-up request for the same religious accommodation. Plaintiff submitted more than sufficient information to have her accomodation request granted.

9. After a number of discussions regarding Plaintiff's accommodation request, the Defendants denied the request on the basis of, among other reasons, Plaintiff's alleged dishonesty and also on the basis of alleged undue hardship that this accommodation would have imposed on the Defendants.

10. Plaintiff was terminated on January 7, 2022. As a result of this termination, Plaintiff has and continues to suffer loss of wages and other economic and non economic damages.

### FIRST CAUSE OF ACTION
**FAILURE TO PROVIDE REASONABLE ACCOMMODATIONS OF FEHA**

11. Plaintiff hereby incorporates by reference paragraphs 1 through 10, as though fully set forth herein.

12. At all times material to this complaint, Plaintiff was a person who held a sincerely religious belief within the meaning of FEHA.

13. Defendant is an employer within the meaning of the FEHA.

14. On information and belief, Plaintiff alleges that, during times material here, the Defendant violated the FEHA by failing to provide reasonable accommodations to Plaintiff's religious beliefs and by denying Plaintiff's request to be exempt from the Covid-19 vaccination requirement.

15. The effect of the above actions and omissions have been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect Plaintiff's status because of her sincerely held religious beliefs.

16. As a direct and further proximate result of the above violations of her rights under the FEHA, Plaintiff has suffered compensatory damages in the form of past and future wage loss, and emotional distress.

17. As a result of Defendant's unlawful acts, Plaintiff is entitled to compensatory

-3-
Complaint for Damages and Demand of Jury Trial;

damages, equitable relief, and attorney's fees and costs.

18. The Defendants acted with malice, fraud, and/or conscious disregard for Plaintiff's rights, entitling Plaintiff to punitive and exemplary damages.

## SECOND CAUSE OF ACTION
### VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 FOR FAILURE TO ACCOMMODATE ON THE BASIS OF RELIGION

19. Plaintiff hereby incorporates by reference paragraphs 1 through 18, as though fully set forth herein.

20. Title VII forbids an employer from refusing a job to someone because of the need for religious accommodation, absent proof that granting the accommodation would cause it undue hardship. 42 USC §§ 2000e(j), 2000e-2(a)(1); EEOC v Abercrombie & Fitch Stores, Inc., 575 US 768, 774 (2015).

21. The Defendants denied Plaintiff's request for religious accommodation, providing which would not have imposed an undue hardship on the Defendants. Further, the Defendants did not propose any alternative reasonable accommodations to Plaintiff.

22. As a result of the Defendants' violations, Plaintiff suffered lost income and other economic and non-economic damages.

23. The Defendants acted with malice, fraud, and/or conscious disregard for Plaintiff's rights, entitling Plaintiff to punitive and exemplary damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For compensatory damages;
2. For equitable relief, including but not limited to full reinstatement with full backpay;
3. For statutory attorneys' fees and costs of suit, for any applicable interest;

-4-
Complaint for Damages and Demand of Jury Trial;

4. For injunctive relief as no plain, adequate, or complete remedy at law is available to Plaintiff to redress the wrongs addressed herein;

5. For judicial declaration of the rights and duties of the respective parties;

6. For punitive and exemplary damages; and

7. For such other and further relief as is just and proper.

//

DATED: July 4, 2022                                          RESPECTFULLY SUBMITTED,

BY: _____
Arkady Itkin
Attorney for Plaintiff,
ASHNA KALRA

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial for each and every claim for which she has a right to a jury trial.

DATED: July 4, 2022                                          RESPECTFULLY SUBMITTED,

BY: _____
Arkady Itkin
Attorney for Plaintiff,
ASHNA KALRA

-5-
Complaint for Damages and Demand of Jury Trial;

# EXHIBIT A



STATE OF CALIFORNIA | State and Consumer Services Agency     GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**     DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

EEOC Number: 550-2022-00738
Case Name: Ashna Kalra vs. Sephora
Filing Date: 06/08/2022

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. This state Right to Sue Notice allows you to file a private lawsuit. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above- referenced complaint. The lawsuit may be filed in a State of California Superior Court.

Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the federal right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date
by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

(Revised 11/2016)

# NOTICE TO PLAINTIFF

A Case Management Conference is set for:

      **DATE:**    DEC 07, 2022

      **TIME:**    10:30 am

      **PLACE:**  Department 610
                      400 McAllister Street
                      San Francisco, CA  94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.  However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed and served twenty-five days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.  **This case is eligible for electronic filing and service per Local Rule 2.11.  For more information, please visit the Court's website at www.sfsuperiorcourt.org under Online Services.**

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

## ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE SHOULD PARTICIPATE IN MEDIATION, ARBITRATION, NEUTRAL EVALUATION, AN EARLY SETTLEMENT CONFERENCE, OR OTHER APPROPRIATE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**
>
> (SEE LOCAL RULE 4)

Plaintiff  **must**  serve a copy of the Alternative Dispute Resolution (ADR) Information Package on each defendant along with the complaint.  (CRC 3.221.) The ADR package may be accessed at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution or you may request a paper copy from the filing clerk.  All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the ADR Information Package prior to filing the Case Management Statement.

**Superior Court Alternative Dispute Resolution Administrator**
**400  McAllister Street, Room 103-A**
**San Francisco, CA  94102**
**(415) 551-3869**

**See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.**

| | SUM-100 |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SEPHORA USA, INC., AND DOES 1 TO 50,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ASHNA KALRA,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: | CASE NUMBER: *(Número del Caso):* CGC-22-600528
*(El nombre y dirección de la corte es):*

San Francisco Superior Court, 400 McAllister Street, San Francisco, CA 94102.

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Arkady Itkin, Law Office of A. Itkin, 57 Post Street, Suite 812, San Francisco, CA 94104; tel. 415-640-6765

DATE: 07/06/2022                                    Clerk, by **LAURA SIMMONS**, Deputy
*(Fecha)*                                           *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Sephora USA, Inc.
   under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use                **SUMMONS**                 Code of Civil Procedure §§ 412.20, 465
Judicial Council of California                                            *www.courts.ca.gov*
SUM-100 [Rev. July 1, 2009]

For your protection and privacy, please press the Clear This Form button after you have printed the form.     Save this form