1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletree.com
2  ALLISON A. FERNANDEZ, CA Bar No. 272853
   allison.fernandez@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
5  Telephone:     415-442-4810
   Facsimile:     415-442-4870
6
7  Attorneys for Defendant
   SEPHORA USA, INC.

8  Arkady Itkin (SBN 253194)
   Law Office of A. Itkin
9  57 Post Street, Suite 812
   San Francisco, CA 94104
10 Tel. 415-640-6765.
   Fax 415-422-9367
11 arkady@arkadylaw.com

12 Attorney for Plaintiff
   ASHNA KALRA
13

14                          **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | ASHNA KALRA, | Case No. 3:22-cv-04530-CRB |

18 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

19 | v. | |

20 | SEPHORA USA, INC., | |

21 | Defendant. | Complaint Filed: July 5, 2022
Trial Date:     None Set
Judge:          Hon. Charles R. Breyer |

22

Case No. 3:22-cv-04530-CRB
STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ashna Kalra and Defendant Sephora USA, Inc., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own attorneys' fees and costs.

DATED: August 23, 2024              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                    By: /s/ *Allison Fernandez*
                                        GREGORY C. CHENG
                                        ALLISON FERNANDEZ
                                        Attorneys for Defendant
                                        SEPHORA USA, INC.


DATED: August 23, 2024              By: */s/ Arkady Itkin*
                                        ARKADY ITKIN
                                        Attorneys for Plaintiff
                                        ASHNA KALRA

63350475.v1-OGLETREE

1                    Case No. 3:22-cv-04530-CRB
STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

**~~PROPOSED~~ ORDER**

Based on the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The above-referenced action, <u>Ashna Kalra v. Sephora USA, Inc</u>., Case No. 3:22-cv-04530-CRB, shall be dismissed with prejudice, in its entirety as to all parties and causes of action; and

2. Each party shall bear their own costs and attorneys' fees.

DATED:  September 12, 2024

_____
HON. CHARLES R. BREYER